**08 CRIM 769**

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | JIM MOLINELLI<br>Docket Clerk | OFFENSE: <u>CONSP. TO POSS. W/I TO DISTRIBUTE COCAINE AND COCAINE BASE</u> |
| | | ORIGINAL SENTENCE: <u>EIGHTEEN (18) MONTHS IMPRISONMENT; FOUR (4) YEARS SUPERVISED RELEASE TERM.</u> |
| FROM: | <u>SEAN L. WATSON</u><br>U.S. Probation Officer | SPEC. CONDITIONS: <u>$100.00 SPECIAL ASSESSMENT</u> |
| | | AUSA: <u>TO BE ASSIGNED</u> |
| RE: | <u>LOPEZ, CHRISTINA</u><br>Docket # <u>3:06 CR 43-3-W</u> | |

DATE OF SENTENCE: 08/08/07

DATE: AUGUST 12, 2008

ATTACHMENTS:   PSI   JUDGMENT <u>X</u>   PREVIOUS REPORTS   VIOLATION  PETITION

REQUEST FOR:   WARRANT____   SUMMON ____   COURT DIRECTION ___

---

## TRANSFER OF JURISDICTION

On August 16, 2007, the above-referenced individual was sentenced by the Honorable Frank D. Whitney, U.S. District Judge for the Western District of North Carolina. Lopez was found guilty of Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base in violation of 21 USC 841(a) and 846. The offender was subsequently sentenced to eighteen (18) months imprisonment followed by four (4) years Supervised Release.

A request was made to the Western District of North Carolina for a Transfer of Jurisdiction in this case. On July 8, 2008 we received a letter from the WD/North Carolina advising that the Honorable Frank D. Whitney, USDJ, signed the Transfer of Jurisdiction Order (Probation Form 22) ordering that Jurisdiction of the offender's case be transferred to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

CHRISTINA LOPEZ                                        P48761 - S. Watson

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer.

                                        Respectfully submitted,

                                        Seal L. Watson
                                        U.S. Probation Officer
                                        (212) 805-0044

SLW:ms